# EXHIBIT F

## 8869 - SAMUEL & STEIN

PROCESS

UNITED
SERVICE INC.

Back to Client Services Home

## Charges for Plaintiff: YEONKUM PARK

This is a detailed list (and total) of all charges associated with the selected plaintiff. Please note that only charges after October 1997 are available on-line.

Where applicable, work ticket numbers are clickable links which will display a copy of the appropriate affidavit of service.

| Affidavit Description | Service | Charge |
|---|---|---|
| **Work Ticket #: 658620** | | |
| **Plaintiff:** YEONKUM PARK | Copy Charge | $5.00 |
| **Defendant:** SUGASUNG, INC. D/B/A SAMDADO, ETAL | Attempted-Bad Address | $60.00 |
| **Recipient:** YEON SU RYU | | |
| **Date of Service:** | | $65.00 |
| **Type of Papers:** ORDER | | |
| **Work Ticket #: 658620** | | |
| **Plaintiff:** YEONKUM PARK | No Charge | $0.00 |
| **Defendant:** SUGASUNG, INC. D/B/A SAMDADO, ETAL | | |
| **Recipient:** JAE HENG HWANG | | $0.00 |
| **Date of Service:** | | |
| **Type of Papers:** ORDER | | |
| **Work Ticket #: 658620** | | |
| **Plaintiff:** YEONKUM PARK | No Charge | $0.00 |
| **Defendant:** SUGASUNG, INC. D/B/A SAMDADO, ETAL | | |
| **Recipient:** CHE SON RYU | | $0.00 |
| **Date of Service:** | | |
| **Type of Papers:** ORDER | | |
| **Work Ticket #: 658620** | | |
| **Plaintiff:** YEONKUM PARK | No Charge | $0.00 |
| **Defendant:** SUGASUNG, INC. D/B/A SAMDADO, ETAL | | |
| **Recipient:** SUGASUNG, INC. D/B/A SAMDADO | | $0.00 |
| **Date of Service:** | | |
| **Type of Papers:** ORDER | | |
| **Work Ticket #: 660050** | | |
| **Plaintiff:** YEONKUM PARK | Mailing Fees | $2.00 |
| **Defendant:** SUGASUNG, INC. D/B/A SAMDADO, ETAL | Basic Service Charge | $51.00 |
| **Recipient:** CHE SON RYU | | |
| **Date of Service:** 11/02/16 | | $53.00 |
| **Type of Papers:** ORDER | | |
| **Work Ticket #: 660050** | | |
| **Plaintiff:** YEONKUM PARK | Basic Service Charge | $51.00 |
| **Defendant:** SUGASUNG, INC. D/B/A SAMDADO, ETAL | Mailing Fees | $2.00 |

**Recipient:** YEON SU RYU
**Date of Service:** 11/02/16
**Type of Papers:** ORDER

$53.00

---

**Work Ticket #:** 660099
**Plaintiff:** YEONKUM PARK
**Defendant:** SUGASUNG, INC. D/B/A SAMDADO, ETAL
**Recipient:** SUGASUNG, INC. D/B/A SAMDADO
**Date of Service:** 11/07/16
**Type of Papers:** ORDER

| | |
|---|---|
| Basic Service Charge | $51.00 |
| Charge Advancing Fee | $5.00 |
| Fees Advanced | $40.00 |
| | $96.00 |

---

**Work Ticket #:** 661716
**Plaintiff:** YEONKUM PARK
**Defendant:** SUGASUNG, INC. D/B/A SAMDADO, ETAL
**Recipient:** YEON SU RYU
**Date of Service:** 12/09/16
**Type of Papers:** ORDER TO SHOW CAUSE

| | |
|---|---|
| Fed Ex Overnight | $33.65 |
| Attempted-Bad Address | $51.00 |
| | $84.65 |

---

***Total: $351.65***

---

[Back to Client Services Home] [Top]